**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Patrick D. Sheridan (Admitted Pro Hac Vice)
Texas State Bar No. 24079321
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
Phone: (817) 405-6900
Fax:   (817) 405-6902
patrick.sheridan@bondsellis.com

ANDREA M. GANDARA, ESQ.
Nevada Bar No. 12580
E-mail: agandara@nevadafirm.com
MAYRA SALINAS-MENJIVAR, ESQ.
Nevada Bar No. 14607
E-mail: msalinas@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| SO, LLC dba EAGLE PROMOTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN RATIO TECHNICAL MANAGEMENT SERVICES; an unknown entity; GOLDEN RATIO MANAGEMENT CORPORATION, a Texas corporation; PAUL WIGGINS, an individual and DOES I through V; and ROE BUSINESS ENTITIES I through V,<br><br>Defendants. | CASE NO.: 2:20-cv-00814<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT |

14223-01/2543088.doc

1  The parties submit the following Stipulation and Order extending the deadline to file
2  Opposition to Motion for Partial Summary Judgment currently scheduled on Wednesday, January 13,
3  2021 to Wednesday, January 27, 2021.

4  DATED this 8th day of January, 2021.

**LUH & ASSOCIATES**

/s/Craig Slater

CRAIG SLATER, ESQ.
Nevada Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, NV  89147
*Counsel for Plaintiff*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

/s/ Andrea M. Gandara

PATRICK D. SHERIDAN, ESQ. *(pro hac)*
Texas Bar No. 24079321
420 Throckmorton St., Suite 1000
Fort Worth, Texas 76102

ANDREA GANDARA, ESQ.
Nevada Bar No. 12580
HOLLEY DRIGGS
400 S. 4th Street, Third Floor
Las Vegas, Nevada 89101
*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: 1/11/2021

14223-01/2543088.doc